UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  Case No. 2:17-mj-16
                                                  HON. TIMOTHY P. GREELEY

OSCAR LENIN MEJIA,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on April 18, 2017, for arraignment on the criminal complaint charging defendant with Reentry of Deported Alien. The government requested the defendant be detained pending further proceedings and advised the court that there is a detainer filed for this defendant. Defendant will be given time to consult with his attorney and may request a hearing seeking release.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                        /s/ Timothy P. Greeley
                                                        TIMOTHY P. GREELEY
                                                        UNITED STATES MAGISTRATE JUDGE

Dated: April 19, 2017